1  MATTHEW C. LAPPLE (Bar No. 193546)
   Email: matt@lappleubell.com
2  FRANKLIN D. UBELL (Bar No. 67861)
   Email: frank@lappleubell.com
3  HA TRAN LAPPLE (Bar No. 225022)
   Email: ha@lappleubell.com
4  LAPPLE UBELL IP LAW, LLP
5  19800 MacArthur Blvd., 3rd Floor
   Irvine, California 92612-1012
6  Telephone: (949) 756-4889
7  Facsimile: (949) 242-9789

8  Attorneys for Plaintiff QUINN MEDICAL, INC.

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11                            SOUTHERN DIVISION

| | |
|---|---|
| QUINN MEDICAL, INC., a Delaware corporation, | CASE NO. 8:17-cv-1276-JLS-KES |
| Plaintiff, | The Honorable Josephine L. Staton |
| vs. | **STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO SETTLEMENT AGREEMENT** |
| ORTHO SYSTEMS, INC., a California corporation, D/B/A OVATION MEDICAL, | *[Proposed Order Electronically and Concurrently Submitted]* |
| Defendant. | |

1  Pursuant to a settlement agreement between the parties, Plaintiff Quinn
2  Medical, Inc., and Defendant Ortho Systems, Inc., hereby stipulate and jointly move
3  under Rule 41(a)(1)(A)(ii), (a)(2) and (c) of the Federal Rules of Civil Procedure for
4  an order from the Court dismissing all claims and counterclaims in this action with
5  prejudice and ordering each party to bear its own costs, expenses, and attorneys' fees
6  for the action.

Respectfully submitted,

Date:   March 16, 2018        LAPPLE UBELL IP LAW LLP
                              By:   /s/ Matthew C. Lapple
                                    Matthew C. Lapple
                              Attorneys for Plaintiff QUINN MEDICAL, INC.

Date:   March 16, 2018        ARENT FOX
                              By:   /s/ Craig A. Gelfound
                                    Craig A. Gelfound
                              Attorneys for Defendant ORTHO SYSTEMS,
                              INC. D/B/A OVATION MEDICAL

**CERTIFICATE OF SERVICE VIA CM/ECF**

  I am employed in the County of Orange, in the State of California. I am over the age of 18 years and not a party to this action. My business address is LAPPLE UBELL IP LAW, LLP, 19800 MacArthur Blvd., 3rd Floor, Irvine, California, 92612. I hereby certify that, on March 16, 2018, I caused the foregoing document(s):

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO SETTLEMENT AGREEMENT**

to be served on the counsel of record for the interested parties in this action:

  Craig Gelfound (craig.gelfound@arentfox.com) of ARENT FOX LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065; and

  Jeff Leung (jeff.leung@arentfox.com) of ARENT FOX LLP, 55 Second Street, 21st Floor, San Francisco, CA 94105

☒ **CM/ECF:** by using the above-entitled Court's CM/ECF system for transmittal of a Notice of Electronic Filing to all attorneys of record in this case registered for CM/ECF service.

☐ **E-mail:** by causing a true copy thereof to be electronically mailed to the party at the e-mail address set forth below, pursuant to the parties' agreement to accept service by e-mail. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  I declare that I am a member of the Bar of California and that I am permitted to practice before this Court. I declare under penalty of perjury that the foregoing is true and correct.

  Executed on March 16, 2018, at Irvine, California.

             /s Matthew C. Lapple/
              Matthew C. Lapple