JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| QUINN MEDICAL, INC., a Delaware corporation, | ) ) ) | CASE NO. 8:17-cv-1276-JLS-KES |
| Plaintiff, | ) ) ) | **ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| vs. | ) ) ) | [Doc. 36] |
| ORTHO SYSTEMS, INC., a California corporation, D/B/A OVATION MEDICAL, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the stipulation of Quinn Medical, Inc., and Ortho Systems, Inc., the Court hereby orders that all claims and counterclaims in the above-captioned matter are dismissed in their entirety with prejudice. Each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date:    March 16, 2018

JOSEPHINE L. STATON
_____
The Honorable Josephine L. Staton
United States District Judge